[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 1248.]

NITCHMAN, ADMR., APPELLANT, *v.* NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, APPELLEE.

[Cite as *Nitchman v. Nationwide Mut. Fire Ins. Co.*, 2002-Ohio-1243.]

*Appeal dismissed as improvidently allowed.*

(No. 01-446—Submitted February 6, 2002—Decided March 20, 2002.)

APPEAL from the Court of Appeals for Lorain County, No. 99CA007506.

——————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

——————————

*Owens & Martin Co., L.P.A., William W. Owens* and *Timothy L. Cardwell*, for appellant.

*Weston Hurd Fallon Paisley & Howley L.L.P., Timothy D. Johnson, Gregory E. O'Brien* and *Shawn W. Maestle*, for appellee.

*Elk & Elk Co., L.P.A.,* and *Todd O. Rosenberg*, urging reversal for *amicus curiae* Ohio Academy of Trial Lawyers.

——————————